IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JANET L. FREEMAN                                                                                    PLAINTIFF

vs.                                        Civil No. 4:10-cv-04100

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration


**J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 22nd day of July, 2011.**

                                                s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                U. S. MAGISTRATE JUDGE